FRANK BAISLEY, Appellant, v. NELSON ROSE, Doing Business as COME INN TO ROSELAND, Respondent.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.